In the Matter of the Application of OSBORNE TRUST COMPANY, Judgment Creditor, Respondent, for Leave to Issue an Execution against the Property of ROSSITER JOHNSON, Deceased, Judgment Debtor. HERBERT N. EDWARDS, Appellant.— Order of the County Court of Suffolk county granting leave to the respondent, Osborne Trust Company, to issue execution against certain real property formerly owned by Rossiter Johnson, deceased, affirmed, with ten dollars costs

and disbursements. Appeal from decision dismissed. No opinion. Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ., concur.